

# NUMBER 13-20-00414-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**WESFAR APARTMENTS, L.L.C.,** **Appellant,**

**v.**

**DAVILA CONSTRUCTION, INC.,** **Appellee.**

---

### On appeal from the 398th District Court
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Silva**
**Memorandum Opinion by Justice Silva**

This cause is before the Court on a joint motion to lift abatement and dismiss the appeal as moot. The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Accordingly, the joint motion is GRANTED, the cause REINSTATED, and the appeal is hereby DISMISSED as moot. Costs will be taxed against

appellant.  *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

CLARISSA SILVA
Justice

Delivered and filed on the
21st day of January, 2021.